IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARICO LATEZ COLLINS-BEY, <br> #AIS 195291, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF ALABAMA, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL CASE NO. 2:23-cv-549-ECM <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION and ORDER**

On November 8, 2023, the Magistrate Judge entered a Recommendation (doc. 6) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 6) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the initial partial filing fee or otherwise comply with the orders of the Court.

A separate Final Judgment will be entered.

DONE this 11th day of January, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE